**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 02-41072
Summary Calendar

TAMMY PAYNE,

Plaintiff - Appellant,

VERSUS

DRG TEXAS LP,
also known as Dynamic Resource Group,
doing business as Annie's Attic,

Defendant - Appellee.

Appeal from the United States District Court
For the Eastern District of Texas, Tyler

(6:01-CV-375)

December 4, 2002

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges,

PER CURIAM:[*]

Plaintiff, Tammy Payne, brought suit in the Federal District Court against her former employer, DRG TEXAS LP, (defendant) pursuant to Title VII of the Civil Rights Act of 1964, the Pregnancy Discrimination Act of 1978, and the Family and Medical

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Leave Act of 1993.  Plaintiff alleges that she was fired on November 17, 2000, because she was pregnant and because she requested maternity leave.  Defendant answered that plaintiff was terminated because of a reduction in force for economic reasons, and filed a motion for summary judgment which the district court granted.  Plaintiff appealed to this court.

We have carefully reviewed the briefs, the record excerpts, and relevant portions of the record itself.  For the reasons stated by the district court in its memorandum opinion and Order entered July 17, 2002, we affirm the final judgment entered on July 18, 2002, that plaintiff take nothing by her suit against defendant.

AFFIRM.